WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone:    702.862.8800
Fax No.:      702.862.8811
Email:        wkrincek@littler.com
Email:        kmburke@littler.com

Attorneys for Defendants
THE GAP, INC. and BANANA REPUBLIC, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARMEANA MCFARLAND, individually,<br><br>Plaintiff,<br><br>vs.<br><br>THE GAP, INC. dba BANANA REPUBLIC, a foreign corporation; BANANA REPUBLIC, LLC, a domestic limited-liability corporation;<br><br>Defendants. | Case No. 2:18-cv-00534-RFB-GWF<br><br>**STIPULATION AND ORDER TO RESCHEDULE THE EARLY NEUTRAL EVALUATION SESSION** |

Pursuant to the Court's Order (**ECF No. 9**), an Early Neutral Evaluation Session in this matter has been scheduled for June 14, 2018. The written evaluation statements were timely submitted by June 7, 2018. However, Defendants' representative who will be personally attending the Session has experienced an unavoidable conflict and needs to reschedule the date. Accordingly, the parties, by and through their respective counsel of record, do hereby stipulate and agree to reschedule the Early Neutral Evaluation Session in this matter. The parties propose the following new date of September 5, 2018 to reschedule the Early Neutral Evaluation Session. All other provisions of the Court's Order **ECF No. 9** shall remain in effect and the statements have already been submitted. This request to reschedule the Early Neutral Evaluation Session is the first such request made by the parties.

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

The request is made in good faith and not for the purpose of delay.

Dated:  June 13, 2018                              Dated:  June 13, 2018

Respectfully submitted,                            Respectfully submitted,

/s/ Andre M. Lagomarsino                           /s/ Kaitlyn M. Burke
ANDRE M. LAGOMARSINO, ESQ.                         WENDY MEDURA KRINCEK, ESQ.
LAGOMARSINO LAW                                    KAITLYN M. BURKE, ESQ.
                                                   LITTLER MENDELSON, P.C.

Attorney for Plaintiff
CHARMEANA MCFARLAND                                Attorneys for Defendants
                                                   THE GAP, INC. and BANANA REPUBLIC, LLC

                                                   **IT IS SO ORDERED.**

                                                   _____
                                                   UNITED STATES MAGISTRATE JUDGE

                                                   DATED: ___June 13, 2018_____

Firmwide:155277043.1 053638.1105

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800