WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
Email: kmburke@littler.com

Attorneys for Defendants
THE GAP, INC. and BANANA REPUBLIC, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARMEANA MCFARLAND, individually,<br><br>Plaintiff,<br><br>vs.<br><br>THE GAP, INC. dba BANANA REPUBLIC, a foreign corporation; BANANA REPUBLIC, LLC, a domestic limited-liability corporation;<br><br>Defendants. | Case No. 2:18-cv-00534-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES AND SCHEDULING ORDER**<br><br>(FIRST REQUEST) |

Pursuant to Local Rules IA 6-1 and 26-4, THE GAP, INC. d/b/a BANANA REPUBLIC AND BANANA REPUBLIC, LLC ("Defendants"), by and through their attorneys of record, and Plaintiff, CHARMEANA MCFARLAND ("Plaintiff"), by and through her attorney of record, hereby stipulate to extend the outstanding discovery deadlines in the Discovery Plan and Scheduling Order (**ECF No. 11**) for a period of ninety (90) days. This is the first request for an extension to the discovery plan and scheduling order in this matter. The requested extension is sought in good faith and not for purposes of undue delay. Further, this request is supported by good cause.

**DISCOVERY COMPLETED TO DATE**

The parties have exchanged initial disclosures pursuant to FRCP 26(a)(1). The parties have propounded their First Set of Interrogatories and Requests for Production of Documents and Plaintiff has submitted responses.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

**DISCOVERY THAT REMAINS TO BE COMPLETED**

Written discovery is ongoing in this case including Defendants' responses to Plaintiff's written discovery. The parties anticipate depositions will be taken after written discovery has been completed.

**REASONS FOR EXTENSION TO COMPLETE DISCOVERY**

This extension is necessary to allow the parties to conserve their resources for settlement discussions given that the Early Neutral Evaluation Conference was rescheduled from June 14, 2018 to September 5, 2018. The parties are engaging in settlement discussions and attempting to resolve the case prior to the Early Neutral Evaluation Conference, but wish to devote their resources to possible resolution of this matter through settlement. The parties believe that, absent any unforeseen circumstances, all necessary discovery can be accomplished by the requested extended deadlines.

**PROPOSED REVISED DISCOVERY PLAN**

1. Discovery Cut-Off Deadline

The discovery cut-off deadline shall be extended from October 15, 2018 to January 14, 2019.[1]

2. Amending the Pleadings and Adding Parties

The date for filing motions to amend the pleadings or to add parties shall be extended from July 17, 2018 to October 15, 2018.

3. Expert and Rebuttal Disclosures

The expert disclosure deadline shall be extended from August 16, 2018 to November 14, 2018 and the rebuttal expert disclosure deadline shall be extended from September 17, 2018 to December 17, 2018.[2]

4. Dispositive Motions Deadline

The dispositive motions deadline shall be extended from November 14, 2018 to February 12, 2019.

5. Joint Pretrial Order Deadline

The Joint Pretrial Order deadline shall be extended from December 14, 2018 to March 14, 2019. In

---

[1] With respect to the discovery cut-off deadline, the deadline falls on Sunday, January 13, 2019. As a result, the discovery cut-off deadline extends to the next Court day of Monday, January 14, 2019 by operation of FRCP 6.

[2] With respect to the rebuttal expert disclosure deadline, the deadline falls on Sunday, December 16, 2018. As a result, the rebuttal expert disclosure deadline extends to the next Court day of Monday, December 17, 2019 by operation of FRCP 6.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until 30 days after the Court enters a ruling on the dispositive motions or otherwise by further order of the Court.

6. Interim Status Report Deadline

The Interim Status Report deadline shall be extended from August 16, 2018 to November 14, 2018.

7. Extensions or Modification of the Discovery Plan and Scheduling Order:

In accordance with Local Rule 26-4, any stipulation or motion for modification or extension must be made at least 21 days prior to the expiration of the subject deadline.

Accordingly, the parties stipulate to the following revised schedule:

| Deadline | Current Deadline | Revised Deadline |
| --- | --- | --- |
| **Amend Pleadings/Add Parties** | **July 17, 2018** | **October 15, 2018** |
| **Interim Status Report** | **August 16, 2018** | **November 14, 2018** |
| **Expert Disclosures** | **August 16, 2018** | **November 14, 2018** |
| **Rebuttal Expert Disclosures** | **September 17, 2018** | **December 17, 2018** |
| **Discovery Cut-Off** | **October 15, 2018** | **January 14, 2019** |
| **Dispositive Motions** | **November 14, 2018** | **February 12, 2019** |
| **Joint Pretrial Order** | **December 14, 2018** | **March 14, 2019** |

Dated: June 19, 2018

Respectfully submitted,

/s/ Andre M. Lagomarsino, Esq.
ANDRE M. LAGOMARSINO, ESQ.
LAGOMARSINO LAW

Attorney for Plaintiff
CHARMEANA MCFARLAND

Dated: June 19, 2018

Respectfully submitted,

/s/ Kaitlyn M. Burke, Esq.
WENDY MEDURA KRINCEK, ESQ.
KAITLYN M. BURKE, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
THE GAP, INC. and BANANA REPUBLIC, LLC

**IT IS SO ORDERED.**

_George Foley Jr._

UNITED STATES MAGISTRATE JUDGE

DATED: 6-20-2018

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800